# United States District Court
## Eastern District of Wisconsin

**UNITED STATES OF AMERICA**

V.

**ANTHONY TERRELL BEAN**

ORDER GRANTING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Case Number: 96-CR-148
Marshal Number: 05011-089

**DATE OF PREVIOUS JUDGMENT:**
February 10, 1998

**Gregory Parr**
Defendant's Attorney

**Mel Johnson**
Assistant United States Attorney

Upon motion of the ☒ the defendant ☐ The Director of the Bureau of Prisons ☐ the Court under 18 U.S.C. § 3582(c)(2), for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __196__ months is **reduced to** __156__ months.

I. **Court Determination of Advisory Guideline Range**

Previous Offense Level: 36
Criminal History Category: I
Previous Guideline Range: 188-235 months

Amended Offense Level: 34
Criminal History Category: I
Amended Guideline Range: 151-188 months

II. **Sentence Relative to Amended Advisory Guideline Range**

☒ The reduced sentence is within the amended advisory guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentence as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

III. **Additional Comments**

Except as otherwise provided herein, all provisions of the original judgment dated February 10, 1998, shall remain intact, and the same are incorporated herein by reference as though set forth herein at length.

Dated at Milwaukee, Wisconsin this 10th day of December, 2008.

BY THE COURT:

/s Lynn Adelman

Hon. Lynn Adelman